COMMONWEALTH of Pennsylvania, Respondent

v.

Donald Charles BURRELL, Petitioner

No. 498 MAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

## ORDER

PER CURIAM

AND NOW, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**. It is further ordered that the Petition to Amend Petition for Allowance of Appeal is **DENIED**.

CARDINAL CROSSING GP, LLC t/a Cardinal Crossing Realty Associates, L.P., Petitioners

v.

MARPLE TOWNSHIP, Respondent

No. 547 MAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

## ORDER

PER CURIAM

AND NOW, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.